# United States District Court
## Northern District of Illinois
### Eastern Division

Urnikis-Negro

v.

American Family Property

**JUDGMENT IN A CIVIL CASE**

Case Number: 06 C 6014

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff and against all defendants on Counts 1 and 2 in the amount of $24,466 on each count (these amounts are cumulative), and in favor of defendants on Count 3.

Michael W. Dobbins, Clerk of Court

Date: 7/21/2008

_____
/s/ Olga Rouse, Deputy Clerk